Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 103 (AKH)

ROLAND RENAUDIN,

                              Docket No.:  07-CV-05423

                    Plaintiff(s),

                              **NOTICE OF ADOPTION OF ANSWER**
     -against-                **TO MASTER COMPLAINT**

                              **ELECTRONICALLY FILED**

BATTERY PARK CITY AUTHORITY, *et al.*,

                    Defendant(s).
--------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a

GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for

its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer

to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade*

*Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

    WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL

RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       October 2, 2007

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendant
                                        GENERAL REINSURANCE CORP. i/s/h/a
                                        GENERAL RE SERVICES CORP.


                                        By:
                                            Richard E. Leff (RL-2123)
                                            80 Broad Street, 23rd Floor
                                            New York, New York 10004
                                            (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel